

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-22-00258-CR

**EX PARTE** Luis Miguel **RAMIREZ PEREZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10366CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

In this habeas corpus appeal, the State filed a motion for extension of time to file its brief until August 5, 2022. On August 5, 2022, the State filed its brief. On August 8, 2022, the State filed an amended brief. The State's brief is accepted as timely.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court